No. 718.   GROVE PRESS, INC., *v.* GERSTEIN ET AL.   On petition for writ of certiorari to the District Court of Appeal of Florida, Third District.   The motion to advance is denied.   *Edward de Grazia* and *Richard Yale Feder* for petitioner on the motion.

No. 1114, Misc.   MCHENRY *v.* MICHIGAN;
No. 1127, Misc.   MOSNAR *v.* EYMAN, WARDEN, ET AL.; and
No. 1142, Misc.   MCCANN *v.* MAXWELL, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 719.   ALL STATES FREIGHT, INC., ET AL. *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. Appeal from the United States District Court for the District of Connecticut.   Probable jurisdiction noted. *John S. Fessenden* and *Homer S. Carpenter* for appellants. *Edward A. Kaier, Robert G. Bleakney, Jr., John A. Daily* and *Thomas P. Hackett* for appellees.   *Solicitor General Cox* and *Robert W. Ginnane* filed a memorandum for the United States and the Interstate Commerce Commission.